## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| ERROL STANLEY, NIGEL CHARLES, MELVIN NEAL, JOSEPH SONNY, WRANDA DAVIS, individually and as representatives of a class of persons too numerous to name individually | ) ) ) ) ) ) | CIVIL NO. 2003/0055 |
|              Plaintiffs, | ) ) | |
| v. | ) ) | |
| ST. CROIX BASIC SERVICES, INC., BASIC INDUSTRIES, INC., HOVENSA, LLC. And AMERADA HESS CORPORATION, | ) ) ) ) ) | |
|              Defendants. | ) ) | |

## ORDER

FINCH, J.

       THIS MATTER comes before the Court on Plaintiffs' Appeal From Magistrate Judge's Order Entered July 14, 2006 Denying Plaintiffs' Motion to Amend Complaint.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

       **ORDERED** that the Magistrate Judge's Order Entered July 14, 2006 Denying Plaintiffs' Motion to Amend Complaint is **AFFIRMED**.  Plaintiffs' Motion to Amend Complaint, filed on December 29, 2005, is **DENIED** and Plaintiffs' Motion to Add Additional Plaintiffs to First Amended Complaint, filed on February 1, 2006, is **DENIED**.

       **ENTERED this 4th day of March, 2008.**

                                          _____/s/_____
                                          **HONORABLE RAYMOND L. FINCH**
                                          **U.S. DISTRICT JUDGE**