# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| ERROL STANLEY, NIGEL CHARLES, MELVIN NEAL, JOSEPH SONNY, WRANDA DAVIS, individually and as representatives of a class of persons too numerous to name individually<br><br>Plaintiffs,<br>v.<br><br>ST. CROIX BASIC SERVICES, INC., BASIC INDUSTRIES, INC., HOVENSA, LLC. And AMERADA HESS CORPORATION,<br>Defendants. | CIVIL NO. 2003/0055 |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on Plaintiffs' Motion to Certify Interlocutory Appeal of Order Denying Plaintiff's Motion to Amend Complaint, or, in the Alternative, Plaintiffs' Motion for Class Certification. After careful consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Certify Interlocutory Appeal of Order Denying Plaintiff's Motion to Amend Complaint is **DENIED**. It is further

**ORDERED** that Plaintiff's Motion for Class Certification is **DENIED.**

**ENTERED this 31st day of October, 2008.**

/s/
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**